UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**DIRECTV INC.,**                                    DEFAULT JUDGMENT

   v.                                       2:03-cv-1055 MCE GGH

**WILLIE WATSON, ET. AL..**

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against:

      PHONG VAN in the amount of $10,000.00 in damages and $2,392.00 in attorneys' fees.

June 2, 2005

      JACK L. WAGNER, CLERK

      By: /s/ M. Krueger_____
          M. Krueger, Deputy Clerk